2012V000869/dc
PAUL J. FISHMAN
United States Attorney
By: LAKSHMI SRINIVASAN HERMAN
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey  07102
Tel: 973.645.3985
Fax: 973.645.3316
lakshmi.herman@usdoj.gov

CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Hon. Stanley R. Chesler |
| -against- | : Civil Action No. 12-4545 (SRC) |
| $20,480 IN UNITED STATES CURRENCY, | : DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| Defendant *in rem.* | : |

**WHEREAS**, on July 18, 2012, a Verified Complaint for Forfeiture was filed in the United States District Court for the District of New Jersey against $20,480 in United States currency (the "Defendant Currency") to enforce the provisions of 21 U.S.C. § 881(a)(6), which subjects to forfeiture to the United States all monies, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or represents proceeds traceable to such an exchange or was used or intended to be used to facilitate any violation of Title II of the Controlled Substance Act, 21 U.S.C. § 801 *et seq.*; and

**WHEREAS**, pursuant to the Warrant for Arrest In Rem issued by the Clerk of the Court on July 23, 2012, the Drug Enforcement Administration seized the Defendant Currency; and

**WHEREAS**, on or about September 14, 2012, a Clerk's Entry of Default was entered against Jose L. Rodriguez since no conforming Claim was filed within the time required for the Defendant Currency by Jose L. Rodriguez (*See* ECF Doc. 5.); and

**WHEREAS**, the Notice of Civil Forfeiture was posted on an official government Internet website (http://forfeiture.gov.) for at least 30 consecutive days, beginning on August 4, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (*See* Declaration of Lakshmi Srinivasan Herman with Exhibits, Exhibit A, hereinafter "Herman Decl."); and

**WHEREAS**, in order to avoid forfeiture of the Defendant Currency, any other person claiming an interest in, or right against, the Defendant Currency must file a Claim under penalty of perjury identifying the specific property claimed, identifying the claimant and stating the claimant's interest in the property in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A), except that in no event may such Claim be filed later than 60 days after the first day of publication on the

above-referenced official government Internet website. In addition, any person having filed such a Claim must also file an answer to the complaint not later than 21 days after the filing of the Claim; and

**WHEREAS**, no Claim has been filed by any other person within the time permitted by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Claims or Federal Rules of Civil Procedure for the Defendant Currency in this matter; that is, no Claim was filed by October 3, 2012.

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**

1.   **THAT** a Default Judgment and Final Order of Forfeiture is granted against the Defendant Currency, and no right, title or interest in the Defendant Currency shall exist in any other party; and

2.   **THAT** any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

ORDERED this 20 day of ____, 2012

_____
HONORABLE STANLEY R. CHESLER
United States District Judge